UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Cushaw Banacek Barnett

    v.       Civil No. 13-cv-39-JL

Unknown Federal Marshals

### ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

The plaintiff, an inmate at Williamsburg FCI ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. The attachment to the certificate evidences that over the last six months, the plaintiff's average deposits have been $0 and the plaintiff's average monthly balance has been $.08 (doc. no. 9, at 3). Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance there shall be no initial filing fee assessed. In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 6), shall be forwarded by the Court to the Institutions inmate account department.

    SO ORDERED.

                                                    _____
                                                 Landya B. McCafferty
                                                 United States Magistrate Judge

Dated: May 9, 2013

cc:  Cushaw Banacek Barnett, pro se
      Williamsburg FCI Inmate Accounts