UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Cushaw Banacek Barnett

   v.                                             Civil No. 13-cv-039-JL

Six Unknown Federal Marshals

### O R D E R

Pro se prisoner plaintiff Cushaw Banacek Barnett has filed a complaint (doc. no. 1), suing six unidentified officers of the United States Marshals Service for allegedly stealing his legal papers and two cell phones. On May 9, 2013, the court issued an order (doc. no. 10) granting Barnett's motion to proceed in forma pauperis. For reasons stated in the report and recommendation issued on this date, this court vacates the May 9 order (doc. no. 10).

    SO ORDERED.

                                                                        _____
                                                                        Landya McCafferty
                                                                        United States Magistrate Judge

August 7, 2013

cc:  Cushaw Banacek Barnett, pro se

LBM:jba